**M. Ryan Casey, OSB # 152824**
ryan@rcaseylaw.com
THE CASEY LAW FIRM, LLC
P.O. Box 2301-417
Silverthorne, CO 80498-2301
Tel: (970) 372-6509

*Local / Lead Counsel for Plaintiff and the Proposed Class*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| SEAN LEYDEN, individually and on behalf of all others similarly situated, | Case No.: 3:25-cv-01448-AB |
| Plaintiff, | **DECLARATION OF M. RYAN CASEY; PROOF OF MAILING** |
| v. | |
| J. CREW GROUP, LLC, a Delaware limited liability company, | |
| Defendant. | |

I, M. Ryan Casey, declare:

I am an attorney representing the plaintiff in this matter. This declaration is based upon personal knowledge and is submitted as Proof of Mailing, in compliance with ORS 646.638(2).

1. Attached as Exhibit 1 is a true and accurate copy of the Certified Mailing Receipt issued when my office sent a copy of the complaint in this case to the Attorney General of Oregon.

2. Attached as Exhibit 2 is a true and accurate Certified Mail Return Receipt, showing the complaint was delivered to the Office of the Attorney General.

DECLARATION OF M. RYAN CASEY; PROOF OF MAILING   1

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to Penalty for perjury.

Dated: September 4, 2025

Respectfully submitted,

*/s/ Ryan Casey*
M. Ryan Casey, OSB # 152824
THE CASEY LAW FIRM, LLC
PO Box 2301-417
Silverthorne, CO 80498
Email: ryan@rcaseylaw.com

*Attorney for Plaintiff and the Proposed Class*

DECLARATION OF M. RYAN CASEY; PROOF OF MAILING   2



EXHIBIT 1



EXHIBIT 2 - Page 1 of 2

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature *Josh Costello*<br>X ☐ Agent ☐ Addressee<br>B. Received by *(Printed Name)*  C. Date of Delivery |
| 1. Article Addressed to:<br><br>OREGON DEPARTMENT OF JUSTICE<br>1162 COURT STREET NE<br>SALEM, OR 97301-4096<br><br>9590 9402 6731 1060 3376 34 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>AUG 25 2025<br><br>Department of Justice |
| 2. Article Number *(Transfer from service label)*<br>7020 2450 0000 8228 3542 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| PS Form 3811, July 2020 PSN 7530-02-000-9053 | Domestic Return Receipt |

EXHIBIT 2 - Page 2 of 2