**Carter M. Mann**, OSB #960899
Email: cmann@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Avenue, Suite 1900
Portland, OR 97204
Telephone: 503-222-9981
Facsimile: 503-796-2900

*Attorneys for Defendant J. Crew Group, LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **SEAN LEYDEN,** individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>     vs.<br><br>**J. CREW GROUP, LLC**, a Delaware limited liability company,<br><br>          Defendant. | No. 3:25-cv-01448-AB<br><br>**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER COMPLAINT** |

## LR 7-1 CERTIFICATION

Counsel for Defendant hereby certifies that he conferred with counsel for Plaintiff and Plaintiff does not oppose this motion.

Page 1 -   DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER COMPLAINT

Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
1211 SW 5th Avenue, Suite 1900
Portland, OR 97204
Telephone 503-222-9981
Fax 503-796-2900

## MOTION

Defendant, by and through its undersigned counsel, hereby moves the Court for an order extending the deadline by 30 days, up to and including October 9, 2025, in which to respond to Plaintiff's Complaint. An extension of 30 days is needed because the undersigned counsel has only been retained today and needs time to become familiar with the facts of the case.

This is Defendant's first request for an extension of time in which to answer or otherwise respond.

This request is made in good faith and not for purposes of delay.

Dated this 9th day of September, 2025.

Respectfully submitted,

SCHWABE, WILLIAMSON & WYATT, P.C.

By: *s/ Carter M. Mann*
Carter M. Mann, OSB #960899

*Attorneys for Defendant J. Crew Group, LLC*

Page 2 -   DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER COMPLAINT

Schwabe, Williamson & Wyatt, P.C.
Attorneys at Law
1211 SW 5th Avenue, Suite 1900
Portland, OR 97204
Telephone 503-222-9981
Fax 503-796-2900