Matthew J. Mertens, OSB No. 146288
MMertens@perkinscoie.com
Kayla L. Lindgren, OSB No. 254157
Klindgren@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Telephone: 1.503.727.2000
Facsimile: 1.503.727.2222

David A. Perez, OSB No. 231841
DPerez@perkinscoie.com
PERKINS COIE LLP
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Telephone: 1.206.359.8000
Facsimile: 1.206.359.9000

*Attorneys for Defendant J. CREW GROUP, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON, PORTLAND DIVISION

| | |
|---|---|
| **SEAN LEYDEN**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**J. CREW GROUP, LLC**, a Delaware limited liability company,<br><br>Defendant. | Case No. 3:25-cv-01448-AB<br><br>**DECLARATION OF JENNIFER MEHR IN SUPPORT OF J. CREW GROUP, LLC'S MOTION TO DISMISS** |

I, Jennifer Mehr, declare as follows:

1. I am currently the Senior Vice President of Factory Marketing and eCommerce for

J. Crew Group, LLC ("J. Crew"). I have personal knowledge of the facts stated below based

---

1- DECLARATION OF JENNIFER MEHR IN
SUPPORT OF J. CREW'S MOTION TO DISMISS

183838289.2

Perkins Coie LLP
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone: +1.503.727.2000
Fax: +1.503.727.2222

on my role at J. Crew. If called as a witness, I would and could competently testify thereto. I make this declaration in support of Defendant J. Crew's Motion to Dismiss.

2. J. Crew operates three J. Crew Factory ("Factory") stores in Oregon: one at Cascade Station in Portland, Oregon; one at Clackamas Town Center in Happy Valley, Oregon; and one at Oakway Center in Eugene, Oregon.

3. Since at least May 2024, every Factory store in Oregon has provided disclosures regarding Factory's comparable value pricing, displayed on signs positioned on the checkout counter directly next to the point of sale. Attached as Exhibit A is a true and correct copy of the comparable value disclosures that have been posted at the Cascade Station location continuously since at least May 2024.

4. Since at least May 2024, every Factory store in Oregon has displayed comparable value pricing disclosures on a large panel in the fitting room area of the store. Attached as Exhibit B is a true and correct copy of the fitting room disclosures that have been posted at the Cascade Station location continuously since at least May 2024.

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury

DATED this 8th day of October 2025 in New York, New York.

*[Signature]*

Jennifer Mehr
SVP – Factory Marketing and eCommerce
J. Crew Group, LLC

2- DECLARATION OF JENNIFER MEHR IN SUPPORT OF J. CREW'S MOTION TO DISMISS

183838289.2

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone: +1.503.727.2000
Fax: +1.503.727.2222