**M. Ryan Casey, OSB # 152824**
ryan@rcaseylaw.com
THE CASEY LAW FIRM, LLC
PO Box 2301-417
Silverthorne, CO 80498
Tel: (970) 372-6509
*Lead / Local Counsel for Plaintiff*

**Gillian Wade (*pro hac vice*)**
gwade@waykayslay.com
WADE KILPELA SLADE LLP
2450 Colorado Avenue, Suite 100E
Santa Monica, CA 90404
Tel: (310) 667-7273
*Counsel for Plaintiff*

**Evan E. North (*pro hac vice*)**
evan@northlawpllc.com
NORTH LAW PLLC
1900 Market Street, Suite 800
Philadelphia, PA 19103
Tel: (202) 921-1651
*Counsel for Plaintiff*

**Edwin J. Kilpela, Jr. (*pro hac vice*)**
ek@waykayslay.com
WADE KILPELA SLADE LLP
6425 Living Place, Suite 800
Pittsburgh, PA 15206
Tel: (412) 314-0515
*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| SEAN LEYDEN, individually and on behalf of all others similarly situated, | Case No.: 3:25-cv-01448-AB |
| Plaintiff, | **CASEY DECLARATION IN SUPPORT OF PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** |
| v. | |
| J. CREW GROUP, LLC, a Delaware limited liability company, | |
| Defendant. | |

Declaration of M. Ryan Casey

1.  I, Michael Ryan Casey, am an attorney and counsel of record for Plaintiff Sean Leyden ("Plaintiff"). I respectfully submit this Declaration in support of Plaintiff's Memorandum in Opposition to Defendant's Motion to Dismiss in this action.

2.  I have personal knowledge of the facts set forth in this Declaration.

3.  Attached hereto as **Exhibit A** is a true and correct copy of July 20, 1976 Oregon Attorney General Order Adopting Rules 20-010, 20-015, and 20-030 Pursuant to the Unlawful Trade Practices Act.

I declare under penalty of perjury under the laws of the State of Oregon that the foregoing is true and correct. Signed this 19th day of November, 2025.

_____
M. Ryan Casey, OSB # 152824

Declaration of M. Ryan Casey